No. 935, Misc. WHITE v. NEW YORK. Court of Appeals of New York. Certiorari denied.

No. 940, Misc. JOHNSON v. UNITED STATES. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. Petitioner *pro se*. *Solicitor General Cox, Assistant Attorney General Miller* and *Beatrice Rosenberg* for the United States.

No. 955, Misc. TARPLEY v. NEW YORK. Court of Appeals of New York. Certiorari denied.

No. 968, Misc. JONES v. MYERS, CORRECTIONAL SUPERINTENDENT. Supreme Court of Pennsylvania. Certiorari denied.

No. 1015, Misc. IN RE SNEBOLD. Supreme Court of California. Certiorari denied.

No. 1022, Misc. TAYLOR v. BOLES, WARDEN. Supreme Court of Appeals of West Virginia. Certiorari denied.

No. 1046, Misc. WASHINGTON v. PEGELOW. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. Petitioner *pro se*. *Solicitor General Cox* for respondent.

No. 796, Misc. BRAMBLE v. HEINZE, WARDEN, ET AL. Supreme Court of California. Certiorari denied. THE CHIEF JUSTICE took no part in the consideration or decision of this petition.

No. 743. STIRONE v. UNITED STATES, *ante*, p. 935. Petition for rehearing or in the alternative motion to remand denied.